IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUIS TOLEDO,

      Appellant,

 v.                              Case No.  5D22-528
                                    LT Case No. 2013-102888-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Luis Toledo, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.